UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**JOSEPH CRAFT, ET AL**

**VERSUS**

**LOUISIANA DEPARTMENT OF TRANSPORATION AND DEVELOPMENT, ET AL.**

**CIVIL ACTION**

**NO. 25-467-JWD-EWD**

## RULING AND ORDER

After independently reviewing the complete record in this case and for the reasons outlined in the Magistrate Judge's Report dated January 23, 2026 (Doc. 23) to which objections were filed and considered (Docs. 27 and 28),

**IT IS ORDERED** that the Motion to Remand (Doc. 7) filed by Plaintiffs Joseph Craft, Julie Stevens, and Wesley Oldaker, is **GRANTED**, and this action is **REMANDED** to the Eighteenth Judicial District Court for the Parish of Pointe Coupee, State of Louisiana.

Signed in Baton Rouge, Louisiana, on February 11, 2026.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

18th JDC